PHILLIP A. TALBERT
Acting United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:21-CR-00196-TLN-1 |
| Plaintiff, | ORDER TO UNSEAL INDICTMENT |
| v. | |
| FERNANDO CASTRO BAZAN, | |
| DEFENDANT. | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the case and the Indictment (ECF No. 13) in the above-captioned matter be, and is, unsealed. All previously filed documents and docket entries shall remain sealed pending further order of the Court.

Dated: December 17, 2021

The Honorable Deborah Barnes
UNITED STATES MAGISTRATE JUDGE

ORDER TO UNSEAL INDICTMENT