PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FERNANDO CASTRO BAZAN,<br><br>Defendant. | CASE NO. 2:21-CR-00196-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: April 7, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on April 7, 2022.

2. By this stipulation, defendant now moves to continue the status conference until August 18, 2022, at 9:30 a.m., and to exclude time between April 7, 2022, and August 18, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes investigative reports, undercover surveillance footage, recorded calls in English and Spanish, phone records, a forensic phone extraction, and other evidence. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

The government has represented that it will soon be providing an additional batch of discovery consisting of additional investigative reports and other evidence.

      b)    Counsel for defendant desires additional time to continue her review of the existing and forthcoming discovery, consult with her client, to conduct investigation and research related to the charge, to discuss potential resolutions with her client, and to otherwise prepare for trial.

      c)    Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)    The government does not object to the continuance.

      e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 7, 2022 to August 18, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//

//

//

//

//

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 1, 2022          PHILLIP A. TALBERT
                              United States Attorney

                              /s/ ADRIAN T. KINSELLA
                              ADRIAN T. KINSELLA
                              Assistant United States Attorney

Dated: March 31, 2022         /s/ NOA OREN
                              NOA OREN
                              Counsel for Defendant
                              FERNANDO CASTRO BAZAN

## ORDER

IT IS SO FOUND AND ORDERED this 1st day of April, 2022.

Troy L. Nunley
United States District Judge