PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-00196-DJC |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| FERNANDO CASTRO BAZAN, | DATE: June 1, 2023<br>TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on June 1, 2023. ECF No. 40. Additionally, this case is also set for a motion hearing on June 8, 2023. ECF No. 41.

2. On April 28, 2022, a federal grand jury in the Southern District of California returned an indictment against Mr. Bazan and two other defendants. *United States of America v. Castro Bazan et al*, 3:22-CR-971-JO. The defendant was arrested for this offense on June 30, 2022 and remains in pretrial custody in the Southern District of California for this separate federal case. Order of detention, 3:22-CR-971-JO, ECF No. 52.

3. By this stipulation, defendant now moves to continue the status conference until June 8, 2023, and to exclude time between June 1, 2023, and June 8, 2023, under Local Codes T4, E, and M.

4. The parties agree and stipulate, and request that the Court find the following:

  a) The government has represented that the discovery associated with this case includes investigative reports, undercover surveillance footage, recorded calls in English and Spanish, phone records, and other evidence. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. The government is in the process of obtaining additional discovery to provide to the defense.

  b) Counsel for defendant desires additional time to consult with her client, review the current charge, review existing and forthcoming discovery, to prepare pretrial motions, and to otherwise prepare for trial.

  c) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 1, 2023 to June 8, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  g) Given the defendant's pending motion to consolidate cases (ECF No. 41), this exclusion of time is also appropriate under 18 U.S.C.§ 3161(h)(1)(D) [Local Code E].

  h) Given the defendant's current unavailability as a result of his pretrial custody in another district, this exclusion of time is also appropriate under 18 U.S.C.§ 3161(h)(3)(A) [Local Code M].

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the

Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 30, 2023          PHILLIP A. TALBERT
                             United States Attorney

                             /s/ ADRIAN T. KINSELLA
                             ADRIAN T. KINSELLA
                             Assistant United States Attorney

Dated: May 30, 2023          /s/ NOA OREN
                             NOA OREN
                             Assistant Federal Defender
                             Counsel for Defendant
                             FERNANDO CASTRO BAZAN

### ORDER

IT IS SO FOUND AND ORDERED this 30th day of May, 2023.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE