UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Respondent,

v.

FERNANDO CASTRO BAZAN,

Movant.

Case No. 2:21-cr-0196-DJC-JDP (P)

ORDER

Movant has filed a motion to vacate, set aside, or correct sentence under section 2255. ECF No. 90. I will direct the government to respond.

It is, therefore, ORDERED that within thirty days of this order's entry, the government shall respond to movant's section 2255 motion, ECF No. 90.

IT IS SO ORDERED.

Dated: October 6, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE